AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

Jackson Hole Jewelry Company LLC

)
)
)
)
)
)

_Plaintiff(s)_

v.

Baylink Internet LLC and Rose Pear Inc.

)
)
)
)
)
)
)
)

Civil Action No.  26-cv-4075

_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Rose Pear Inc.
3719 Main Street, Suite 2C
Flushing, New York 11354

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Danielle C. Zolot
ESCA Legal LLC
55 Broadway, 3rd Floor
New York, NY 10006
(347) 729-7583
danielle@esca.legal

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_